# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 6, 2012

Before

FRANK H. EASTERBROOK, *Chief Judge*
JOEL M. FLAUM, *Circuit Judge*
MICHAEL S. KANNE, *Circuit Judge*

| No.: 12-3495 | IN RE:<br> DEWAYNE A. CROMPTON,<br>Petitioner |
|---|---|
| **Petition for Extraordinary Writ** ||
| District Court No: 3:92-cr-00126-bbc-2<br>District Judge Barbara B. Crabb ||

Upon consideration of the **PETITION FOR EXTRAORDINARY WRIT**, filed on October 30, 2012, by the pro se appellant,

**IT IS ORDERED** that the Petition is **DENIED**. To the extent that petitioner is challenging the district court's July 9, 2012, order denying his request for the grand jury transcripts, the time for appeal has expired. He cannot recharacterize his challenge to the order as a mandamus petition to obtain review.

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_Order_3J(form ID: 177)